1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| RAFAEL ARROYO,<br><br>           Plaintiff,<br><br>      v.<br><br>110 F STREET LLC,<br><br>           Defendant. | Case No. 2:21-cv-00260-MCE-CKD<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>**[L.R. 144 (A)]**<br><br>Complaint Filed: February 10, 2021<br><br>Current Responsive Deadline: April 12, 2021<br><br>New Responsive Deadline: May 10, 2021 |
|---|---|

In light of the Parties' Stipulation and good cause appearing therefor, the Court hereby GRANTS the Parties' Stipulation and ORDERS that Defendant 110 F Street LLC shall have an extension of time of twenty-eight (28) days in which to respond to Plaintiff's Complaint to May 10, 2021.

IT IS SO ORDERED.

Dated:  April 13, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE