UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, | Case No.: 2:21-cv-00260-MCE-CKD |
| Plaintiff, | **ORDER STAYING FURTHER PROCEEDINGS AND DEADLINES** |
| v. | |
| 110 F STREET LLC, | Responsive Deadline: May 10, 2021 |
| Defendant. | Trial Date: TBD<br>Final Pretrial Conference: TBD |

Pursuant to the Parties' Stipulation for an Order Staying Further Proceedings and Deadlines, and good cause appearing, the Court ORDERS:

1. All dates, deadlines, and further activity in this case are stayed pending decisions by the Ninth Circuit in *Love v. Marriott Hotel Services, Inc.*, No. 21-154, *Arroyo v. JWMFE Anaheim, LLC*, No. 21-55237, and *Garcia v. Gateway Hotel L.P.*, No 21-55227 (collectively, "Appeals").

2. The Parties shall submit a joint status report within fourteen (14) days after the opinion in the last of the three cases cited herein is issued, which informs the Court how the parties intend to proceed with this case in light of the rulings in the Appeals.

IT IS SO ORDERED.

Dated: April 27, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

69089450v.1